UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CLEOTILDE D. RUIZ-MAHRE,<br><br>       Plaintiff,<br><br>    vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security,<br>       Defendant. | NO. CV-11-3056-CI<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION, AND CLOSING FILE** |

Magistrate Judge Imbrogno filed a Report and Recommendation on January 31, 2012, recommending that the parties' Stipulated Motion to Remand be granted. ECF No. 20. Objections to the Report and Recommendation were due on February 14, 2012. There being no objection to the Report and Recommendation, the Court adopts the Report and Recommendation.

Accordingly, **IT IS HEREBY ORDERED**:

1.   The Report and Recommendation, **ECF No. 20**, is **ADOPTED**.

2.   The parties' Stipulated Motion to Remand, **ECF No. 19**, is **GRANTED**.

3.   Judgment shall be entered for the **PLAINTIFF**.

4.   Plaintiff's Motion for Summary Judgment, **ECF No. 15**, is **STRICKEN AS MOOT**.

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

5. An application for attorney fees may be filed by separate motion.

6. This file shall be **CLOSED**.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and forward copies to counsel.

**DATED** this __24th__ day of February 2012.

                                            s/Edward F. Shea
                                            EDWARD F. SHEA
                                    United States District Judge

Q:\Civil\2011\Ruiz-Mahre.C.orderadopting.wpd

ORDER ADOPTING REPORT AND RECOMMENDATION - 2